**JU Y. PARK, ESQ. (CA BAR #239936)**
**PARSUS LLP**
6400 Crescent Park E #122
Los Angeles, CA 90094
Telehone: (323) 336-5256
Facsimile: (866) 925-4541

Attorneys for Defendant and Counterclaimant
QUYNH-NHU LAM LE, professional known as NHU QUYNH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NQ RECORDS, INC., et al., Plaintiff, vs. QUYNH-NHU LAM LE, etc., et al., Defendant(s). | Case No. SACV 99-351 GLT<br><br>~~[PROPOSED]~~ RENEWAL OF JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

*Counterdefendants

The judgment to and against Defendant NQ RECORDS, INC., ANH QUOC DANG, a.k.a. ANDREW DANG, a.k.a. HUY ANH (individually and d.b.a. "A & H RECORDS"), and KIEM-HO T. TRAN, jointly and severally, the Default Judgment entered on 12/21/01 (copy attached) is hereby renewed in the amounts as set forth below:

*Dec 22, 2010, per Attorney Ju Y. Park

Renewal of Monetary Judgment:

| | | |
|---|---|---|
| a. | Total judgment | $3,000,000.00 |
| b. | Postjudgment costs | $0.00 |
| c. | Subtotal (*add a and b*) | $3,000,000.00 |
| d. | Interest after judgment | $638,146.15 |
| e. | Fee for filing renewal judgment | $0.00 |
| f. | **Total renewed judgment (*add c, d and e)*** | **$3,638,146.15** |

DATED: 12/22/10

CLERK, by Lori Muraoka, Deputy