|   |   |
|---|---|
| 1 | **JU Y. PARK (SBN 239936)**<br>E-mail: ju.park@parsuslaw.com |
| 2 | **PARSUS LLP**<br>530 S. Lake Ave. #999 |
| 3 | Pasadena, CA 91101<br>Telephone: (323)680-5858 |
| 4 |   |
| 5 | Attorney for Defendant and Counterclaimant/Judgment Creditor,<br>QUYNH-NHU LAM LE, professionally known as NHU QUYNH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NQ RECORDS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>QUYNH-NHU LAM LE, etc., et al.,<br><br>  Defendant(s).<br><br>And Related Counterclaim. | Case No. SACV 99-351 GLT<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

   Judgment having been entered on December 19, 2001 in the sum of $ 3,000,000.00 and renewed on December 22, 2010 in the sum of $ 3,638,146.15, in favor of Defendant and Counterclaimant/Judgment Creditor QUYNH-NHU LAM LE, professionally known as NHU QUYNH ("CREDITOR") and against Counterdefendants/Judgment Debtors, ANH QUOC DANG, also known as ANDREW DANG, also known as HUY ANH (individually and doing business as "A & H RECORDS"), and KIEM-HO T. TRAN, and NQ RECORDS, INC., a California corporation, jointly and severally (hereinafter collectively "DEBTORS"),("JUDGMENT").

NOW, upon Application for Renewal of Judgment by CREDITOR and upon declaration showing that DEBTORS have failed to satisfy the total amount of said JUDGMENT and are indebted to CREDITOR.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against DEBTORS is renewed in the amount of $ 4,475,220.89 as follows.

    a. Total JUDGMENT…………………………………………$ 3,638,146.15
    b. Cost after JUDGMENT……………………………$        0.00
    c. Interest after JUDGMENT computed from December 23, 2010 to October 2, 2020 at 2.17% ……………$   837,074.74
    d. Less credit after JUDGMENT…………$        0.00
    e. Total renewed Judgment………………………$ 4,475,220.89

DATED: __October 9, 2020__        *Sharon Hall Brown*
                                            CLERK OF THE COURT